AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the



JUL 1 4 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

)
)
)
)
Anthaney oconnor Lee )
       *Petitioner* )
)
v. )
)    Case No. 3:26CV-00268-SLG
)    Case No. 3:25-CR-00003-001-SLG
)         *(Supplied by Clerk of Court)*
)
United States of America )
       *Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a) Your full name: Anthaney Oconnor Lee
    (b) Other names you have used:

2.   Place of confinement:
    (a) Name of institution: Anchorage Correctional complex West
    (b) Address: 1300 E 4th Avenue, Anchorage, AK, ~~99501~~ 99501

    (c) Your identification number:

3.   Are you currently being held on orders by:
    ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.   Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:

        (b) Docket number of criminal case:
        (c) Date of sentencing: 6/2/26
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: United States District Court for the Dist of Alaska 222 West 7th Avenue, Anchorage, AK, 99513

(b) Docket number, case number, or opinion number: 3:25-CR-00001-001-SLG

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

I am challenging my conviction. False imprisonment, for a crime I didn't commit

(d) Date of the decision or action: 6/2/26

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❏ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: Judge denied me a chance to appeal 8th Amend violation

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes          ❏ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes      ☐ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:

(b)    Date of the removal or reinstatement order:

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes         ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes         ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Reason 1 Freedom of Speech Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was Charged & convicted of Possesing real CP, only evidence vs celeb my Fictional "C.P" was mixed into the case, I wasn't liable for taking w/ evidence to the statutes, and talking to Police to report Celeb French his Case# 3:24-CR-00131-001-SLG, I was hit with sexual Exploitation, when they should've looked into obsceanity 1466A, still requires a victim

(b) Did you present Ground One in all appeals that were available to you? For me

☐ Yes          ☒ No

**GROUND TWO:** Reason 2 unreasonable searches & seizures 4th Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Why would FBI illegally spy on me for 10 days & get an illegal warrent since electronics are to complex to specify where & what they're looking for, when they could've just came to me and asked to see since I already shoved Airbase OSI & APD

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND THREE:** Unlawful imprisonment 14th Liberty Violation 18 Part II Procedure Chapter 207 3142 (e)(E) offence involving a minor victim

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Theres no victim in my case since Fictional Charicters can't be victims since they do not exsist, only Celeb had victims, Statutes states detention for Minor victims, Not to mention all the miss treatment I've been getting, due to unfair Predsudice's for being a dirty nurd liking video game modles, cartoons, Paintings, Digital Fiction

(b) Did you present Ground Three in all appeals that were available to you? "CP"

☐ Yes          ☒ No

**GROUND FOUR:** In effective assistence 6th I was given Inadequate assistence due to unfair Predjudice

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

They failed to do any motions I requested, They failed to look into the statutes to apply correct "right" "crime", they failed to assist in any way or form, to drop this malicouse Prosecution, Sorry doing this on my own due to ineffective assistence, First time I've ever tried to fight for myself in Law. New age doesn't help VS old law I give no false statements, They ignored me due to subject, misunderstanding

(b) Did you present Ground Four in all appeals that were available to you? ganged up on me,

☐ Yes          ☑ No

14.     If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Release me from custidy, wipe my Conviction return my Property theres 2 Phones missing on list Samsung Flip 5, Samsung Fold 3 And have a nice 250 ≈ Sign mine wasn't oh yeah compensation for assisting Law Enforcement

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/7/26

Anthaney oconnor

*Signature of Petitioner*

N/A

*Signature of Attorney or other authorized person, if any*



Anthaney O Connor #745957
Anchorage correctional complex west
00 E 4th Avenue
Anchorage, AK, 99501

US District Court
District of Alaska
Attn: Clerk of Court
222 W 7th Ave, Stop 4
Anchorage, AK 99513-7504

CERTIFIED MAIL

9489 0178 9820 3050 9421 72

$011.87

US POSTAGE

Anthaney O Connor #745957
Anchorage correctional complex west
00 E 4th Avenue
Anchorage, AK, 99501